UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE NEWMAN, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

Case No. 14-cv-04034-MEJ

**ORDER TO SHOW CAUSE**

On September 12, 2014, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of October 23, 2014. Dkt. No. 9. However, Plaintiff(s) failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiffs Dale Newman and Jane Newman to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by October 14, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 23, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby given to Plaintiffs that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that Plaintiffs file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: September 30, 2014

                                                        MARIA-ELENA JAMES
                                                        United States Magistrate Judge